HENRY C. ALLEN

*v.*

STATE OF ILLINOIS.

*Opinion filed December 17, 1914.*

NON-LIABILITY OF STATE—*State not liable for acts of third parties.*
Where property of claimant is destroyed by the acts of third parties,
the State cannot be held liable therefor.

Edmund P. Nischwitz, for Claimant.

P. J. Lucey, Attorney General, and Arthur R. Roy, Assist-
ant Attorney General, for State.

The claimant in this case while an employee of the
Game and Fish Commission of the State of Illinois,
was directed by one of the officers of the commission,
to use his launch in connection with the work in which
he was engaged in and around Havana, Illinois.

Claimant's launch was used in this line of work for
some time and when not in use was placed in a boat-
house near Havana, together with several other
launches belonging to the State.

On the night of August 27, 1913, the boat house was
destroyed by fire and the claimant's launch, together
with several other launches belonging to the State,
was destroyed.

The State filed a general demurrer to claimant's
declaration wherein claimant seeks to recover two hun-
dred fifty ($250.00) dollars.

We do not believe the State was bound to exercise
any greater care of claimant's property than was ex-
ercised in this case, and the State can not be held lia-
ble for the loss of claimant's property, as the record
discloses, that the same was destroyed by the act of
third parties, who were not in any manner under the
control of the State.

We are of the opinion that the demurrer should be
sustained.